# SUPREME COURT OF ILLINOIS

SUPREME COURT BUILDING
200 East Capitol Avenue
SPRINGFIELD, ILLINOIS 62701-1721

CYNTHIA A. GRANT
Clerk of the Court

(217) 782-2035
TDD: (217) 524-8132

December 20, 2021

FIRST DISTRICT OFFICE
160 North LaSalle Street, 20th Floor
Chicago, IL 60601-3103
(312) 793-1332
TDD: (312) 793-6185

Hon. Christopher G. Conway
Clerk of the United States Court of Appeals
  for the Seventh Circuit
219 South Dearborn Street, Room 2722
Chicago, Illinois 60604

               In re:      Cothron v. White Castle System, Inc., your case No. 20-3202
                            128004

Dear Mr. Conway:

The Clerk of the Supreme Court of Illinois received and filed December 20, 2021 the Order of Certification from the United States Court of Appeals for the Seventh Circuit pursuant to Supreme Court Rule 20, in the captioned cause. This matter will be presented to the Court; thereafter, by order, the Court will issue its decision on answering the question.

Thank you.

                                                          Very truly yours,

                                                          *Cynthia A. Grant*
                                                          Clerk of the Supreme Court

cc:     Andrew Christopher Ficzko
         Erin Bolan Hines
         James B. Zouras
         Melissa A. Siebert
         Ryan Francis Stephan
         Teresa Marie Becvar
         William F. Northrip