# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 13, 2023

*By the Court:*

| | |
|---|---|
| No. 20-3202 | LATRINA COTHRON,<br>　　　Plaintiff - Appellee<br><br>v.<br><br>WHITE CASTLE SYSTEM, INC.,<br>　　　Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-00382<br>Northern District of Illinois, Eastern Division<br>District Judge John J. Tharp | |

The following are before the court:

1. **CIRCUIT RULE 52(b) STATEMENT OF POSITION OF DEFENDANT-APPELLANT WHITE CASTLE SYSTEM, INC.,** filed on March 10, 2023, by counsel for the appellant.

2. **CIRCUIT RULE 52(B) STATEMENT OF POSITION OF PLAINTIFF-APPELLEE LATRINA COTHRON**, filed on March 10, 2023, by counsel for the appellee.

On March 10, 2023, Defendant-Appellant White Castle System, Inc. filed a petition for rehearing in the Illinois Supreme Court. The parties are directed to file updated statements of position under Circuit Rule 52(b) within seven days of the issuance of the Illinois Supreme Court's mandate.